# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 08–12601–cag
**Chapter No.:** 11
**Judge:** Craig A. Gargotta

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
The Drake Condos, LLC
1500 East Side Dr. #111
Austin, TX 78704
**SSN/TAX ID:**
 20–8143464

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

for Debtor on **6/17/09**                              for Joint Debtor (if any) on **N/A**

Dated: 6/17/09

George D. Prentice II
Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]